# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2011

Robert P. Young, Jr.,
Chief Justice

142225-6

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MOHAMMED NAWWAS and MYSA
NAWWAS,
       Plaintiffs-Appellants,

v

       SC: 142225
       COA: 292377
       Washtenaw CC: 08-000324-NO

STEVEN L. SINELLI,
       Defendant-Appellee.

_____/

MOHAMMED NAWWAS and MYSA
NAWWAS,
       Plaintiffs-Appellants,

v

       SC: 142226
       COA: 292378
       Ct of Claims: 08-000040-MZ

UNIVERSITY OF MICHIGAN REGENTS,
       Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2011

_____
Clerk

t0413